UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/05/2022

DR. U DEVICES,

                Plaintiff,

v.

DR. JEAN DEVROYE, DEVROYE INSTRUMENTS LLC, DR. ROBERT TRUE, and TRUE & DORIN MEDICAL GROUP, P.C.,

                Defendants.

No. 18-CV-1964 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Pending before the Court is Defendants' motion for summary judgment. In its motion, Defendants requested oral argument. Oral argument will be held via videoconference on Microsoft Teams on January 20, 2022 at 2:30 p.m. If the proposed time is inconvenient for the parties, the parties are directed to meet and confer before suggesting alternative time slots to the Court. The Court will email the parties the Microsoft Teams link and will post the dial-in information to the docket for members of the public in advance of the argument.

SO ORDERED.

Dated:    January 5, 2022
             New York, New York

_____
Ronnie Abrams
United States District Judge