USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/31/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. U DEVICES,

                 Plaintiff,

    v.

DR. JEAN DEVROYE, DEVROYE INSTRUMENTS LLC, DR. ROBERT TRUE, and TRUE & DORIN MEDICAL GROUP, P.C.,

                 Defendants.

No. 18-CV-1964 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    Oral argument is scheduled in this case for February 10, 2022 at 2:30 p.m. *See* Dkt. 118. The argument will be conducted virtually via Microsoft Teams videoconference. Members of the public may access the proceeding by using the following dial-in information: Call-in Number: 917-933-2166; Access Code: 618 687 877.

    The Court will email the parties the Microsoft Teams link to appear via video in advance of the argument.

SO ORDERED.

Dated:    January 31, 2022
             New York, New York

_____
Ronnie Abrams
United States District Judge