USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. U DEVICES,

                      Plaintiff,

      v.

DR. JEAN DEVROYE, DEVROYE
INSTRUMENTS LLC, DR. ROBERT TRUE,
and TRUE & DORIN MEDICAL GROUP, P.C.,

                      Defendants.

No. 18-CV-1964 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

For the reasons stated on the record at yesterday's conference, Defendants' renewed motion for summary judgment is denied. No later than February 17, 2022, the parties shall file a joint letter proposing next steps in this case.

The Clerk of Court is respectfully directed to terminate the motion pending at Docket 105.

SO ORDERED.

Dated:    February 11, 2022
             New York, New York

_____
Ronnie Abrams
United States District Judge