# Sills Cummis & Gross
A Professional Corporation

**101 Park Avenue**
**28th Floor**
**New York, New York 10178**
**Tel: (212) 643-7000**
**Fax (212) 643-6500**

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

650 College Road East
Princeton, NJ 08540
Tel: (609) 227-4600
Fax: (609) 227-4646

**Scott D. Stimpson**
**Member**
**Admitted In NY**
**Direct Dial: 212-500-1550**
**Email: sstimpson@sillscummis.com**

February 17, 2022

**Via ECF**

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re: *Dr. U Devices v. Devroye et al.*, No. 18-CV-1964 (RA)

Dear Judge Abrams:

The parties jointly submit this letter pursuant to the Court's Order of February 11, 2022 (Dkt. # 123).

The Order directed the parties to submit their proposal to the Court regarding the next steps they expect to pursue in this case. Counsel met and conferred after discussing the case status with their respective clients.

Subject to the Court's approval, counsel jointly propose to continue the stay of all deadlines in the case for 45 days, until April 3, 2022, allowing time for the parties to explore if there is common ground for a settlement. The parties will report to the Court as soon as they reach an agreement. If no resolution is achieved by April 3, 2022, the parties expect that they will be in position to report to the Court whether a referral to a Magistrate Judge or otherwise may help resolve the remaining issues or whether the case schedule should resume.

Accordingly, subject to the Court's approval, the parties jointly request that a stay be ordered in the case to continue until April 3, 2022.

28503009v.1

Sills Cummis & Gross
A Professional Corporation

Hon. Ronnie Abrams
February 17, 2022
Page 2

      The parties appreciate the Court's assistance with this matter.

Respectfully submitted,

| | |
|---|---|
| */s/Joshua B. Pond* | */s/ Scott D. Stimpson* |
| Joshua B. Pond | Scott D. Stimpson |
| *Counsel to Plaintiff* | *Counsel to Defendants* |

cc: Counsel of Record (via email and ECF)

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
02/18/2022

28503009v.1