# Sills Cummis & Gross
A Professional Corporation

**101 Park Avenue**
**28th Floor**
**New York, New York  10178**
**Tel: (212) 643-7000**
**Fax (212) 643-6500**

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

650 College Road East
Princeton, NJ 08540
Tel: (609) 227-4600
Fax: (609) 227-4646

**Scott D. Stimpson**
**Member**
**Admitted In NY**
**Direct Dial:  212-500-1550**
**Email: sstimpson@sillscummis.com**

April 6, 2022

**Via ECF**

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re: *Dr. U Devices v. Devroye et al.*, No. 18-CV-1964 (RA)

Dear Judge Abrams:

The parties jointly submit this letter further to the Court Endorsed Letter Order of February 18, 2022 (Dkt. # 125).

That Order granted the parties' joint motion to stay proceedings until April 3, 2022, allowing the parties time to engage in settlement negotiations. The parties, through their counsel, have exchanged communications and are making progress toward reaching an agreement and hereby seek more time to continue mutual efforts towards resolution of the case.

Subject to the Court's approval, counsel jointly propose to continue the stay of all deadlines in the case for an additional 30 days, until May 3, 2022, to allow continuation of good faith efforts to find common ground for a settlement dispositive of the case. The parties will report to the Court as soon as they reach an agreement. If no resolution is achieved by May 3, 2022, the parties expect that they will be in position to report to the Court whether a referral to a Magistrate Judge or otherwise may help resolve the remaining issues or whether the case schedule should resume.

Accordingly, subject to the Court's approval, the parties jointly request that a stay be ordered in the case to continue <u>until May 3, 2022</u>.

The parties appreciate the Court's assistance with this matter.

Respectfully submitted,

*/s/Joshua B. Pond*             */s/* Scott D. Stimpson
Joshua B. Pond                Scott D. Stimpson
*Counsel to Plaintiff*         *Counsel to Defendants*

cc: Counsel of Record (via email and ECF)

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
April 7, 2022