# Sills Cummis & Gross
*A Professional Corporation*

**101 Park Avenue**
**28th Floor**
**New York, New York 10178**
**Tel: (212) 643-7000**
**Fax (212) 643-6500**

**Scott D. Stimpson**
**Member**
**Admitted In NY**
**Direct Dial: 212-500-1550**
**Email: sstimpson@sillscummis.com**

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

650 College Road East
Princeton, NJ 08540
Tel: (609) 227-4600
Fax: (609) 227-4646

May 3, 2022

**Via ECF**

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re: *Dr. U Devices v. Devroye et al.*, No. 18-CV-1964 (RA)

Dear Judge Abrams:

The parties jointly submit this letter further to the Court Endorsed Letter Order of April 6, 2022 (Dkt. # 129).

The Court Order granted the parties' joint motion to stay proceedings until May 3, 2022, allowing the parties time to continue settlement negotiations. The parties have made significant progress and believe they may reach an agreement on the remaining key terms in short order, so that thereafter counsel would be in position to memorialize them in a settlement agreement dispositive of the case. The parties request ten (10) additional days to work out these terms and report to the Court.

Subject to the Court's approval, counsel jointly propose to continue the stay of all deadlines in the case for an additional ten (10) days, until May 13, 2022, to allow the parties to work on firming up the last few terms. The parties will report to the Court as soon as they reach an agreement.

Accordingly, subject to the Court's approval, the parties jointly request that a stay be ordered in the case to continue <u>until May 13, 2022</u>.

28851163v.1

Sills Cummis & Gross
A Professional Corporation

Hon. Ronnie Abrams
May 3, 2022
Page 2

      The parties appreciate the Court's assistance with this matter.

                                                                         Respectfully submitted,

| */s/Joshua B. Pond* | */s/* Scott D. Stimpson |
|---|---|
| Joshua B. Pond | Scott D. Stimpson |
| *Counsel to Plaintiff* | *Counsel to Defendants* |

cc: Counsel of Record (via email and ECF)

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
05/04/2022