# Sills Cummis & Gross
### A Professional Corporation

**101 Park Avenue**
**28th Floor**
**New York, New York  10178**
**Tel: (212) 643-7000**
**Fax (212) 643-6500**

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

650 College Road East
Princeton, NJ 08540
Tel: (609) 227-4600
Fax: (609) 227-4646

**Scott D. Stimpson**
**Member**
**Admitted In NY**
**Direct Dial:  212-500-1550**
**Email: sstimpson@sillscummis.com**

June 10, 2022

**Via ECF**

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

     Re: *Dr. U Devices v. Devroye et al., No. 18-CV-1964 (RA)*

Dear Judge Abrams:

     The parties jointly submit this letter further to the Court Endorsed Letter Order of May 17, 2022 (Dkt. # 133).

     The Court Order granted the parties' joint motion to stay proceedings until June 13, 2022, allowing the parties time to continue settlement negotiations. The parties have previously advised the Court that they have reached an agreement to settle the case, and signed a Term Sheet to that effect.  They are now, through their respective counsel, working to finalize a settlement agreement dispositive of the case.

     Subject to the Court's approval, counsel jointly propose to continue the stay of all deadlines in the case for an additional 30 days, until July, 13 2022, to allow the parties to finalize the formal settlement agreement. The parties will report to the Court as soon as they have finalized the agreement.

     Accordingly, subject to the Court's approval, the parties jointly request that a stay be ordered in the case to continue <u>until July 13, 2022</u>.

Sills Cummis & Gross
A Professional Corporation

Hon. Ronnie Abrams
June 10, 2022
Page 2

      The parties appreciate the Court's assistance with this matter.

                          Respectfully submitted,

| | |
|---|---|
| */s/Joshua B. Pond* | */s/* Scott D. Stimpson |
| Joshua B. Pond | Scott D. Stimpson |
| *Counsel to Plaintiff* | *Counsel to Defendants* |

cc: Counsel of Record (via email and ECF)

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
06/14/2022